[No. 5421–3–II.   Division Two.   December 13, 1982.]

CARL G. OLSON, *Appellant,* v. ROYAL BUSINESS
MACHINES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Pierce

County, No. 291027, James V. Ramsdell, J., entered March 6, 1981. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrie, J.